Richard S. Falcone, Bar No. 95265
Stephen K. Robinson, Bar No. 217898
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
PHOENIX THREE RESTAURANTS, INC.
and BRIAN LEWIS

Adam Wang, Bar No. 201233
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Phone:  (408) 292-1040
Fax:     (408) 292-1045

Attorney for Plaintiff
ENRIQUE CASTILLO QUIROZ

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 9/12/07*

| | |
|---|---|
| ENRIQUE CASTILLO QUIROZ,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX THREE RESTAURANTS INC., BRIAN LEWIS, and DOES 1-10,<br><br>Defendants. | CASE NO. C07 01592 RMW PVT<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DEADLINE<br><br>Judge:     Hon. Ronald M. Whyte |

WHEREAS, the parties are currently ordered to complete mediation no later than November 6, 2007, per this Court's Order of August 8, 2007;

WHEREAS, under the tentative schedule agreed upon by the parties and the Court during the July 6, 2007 Case Management Conference, the parties will not complete the first round of discovery concerning the named plaintiff until November 22, 2007;

1   WHEREAS, the parties wish to participate in mediation with a complete picture of
2   the case, which may not be possible until at least the first round of discovery is completed;
3   WHEREAS, the assigned mediator, Alan Berkowitz, has expressed his agreement
4   that the parties should complete the first round of discovery prior to participating in mediation;
5   WHEREAS, counsel for defendant is scheduled to be in trial for approximately
6   four (4) weeks beginning November 19, 2007;
7   WHEREAS, plaintiff, on the one hand, and defendant, on the other hand, are
8   adverse, they agree through their respective counsel and stipulate as follows:
9       1.    The parties shall complete mediation no later than January 31, 2008.

11   DATED: August ___, 2007    DAL BON & WANG

             By:_____
                    ADAM WANG
             Attorneys for Plaintiff
             ENRIQUE CASTILLO QUIROZ

16   DATED: August 29, 2007    PAYNE & FEARS LLP

             By:_____
                    RICHARD S. FALCONE
                    STEPHEN K. ROBINSON
             Attorneys for Defendants
             PHOENIX THREE RESTAURANTS, INC. and
             BRIAN LEWIS

**IT IS SO ORDERED.**

DATED: _____

             By:_____
                    Ronald M. Whyte
                    U.S. District Judge

367366.1

1     WHEREAS, the parties wish to participate in mediation with a complete picture of
2 the case, which may not be possible until at least the first round of discovery is completed;
3     WHEREAS, the assigned mediator, Alan Berkowitz, has expressed his agreement
4 that the parties should complete the first round of discovery prior to participating in mediation;
5     WHEREAS, counsel for defendant is scheduled to be in trial for approximately
6 four (4) weeks beginning November 19, 2007;
7     WHEREAS, plaintiff, on the one hand, and defendant, on the other hand, are
8 adverse, they agree through their respective counsel and stipulate as follows:
9     1.    The parties shall complete mediation no later than January 31, 2008.

DATED: 9/7/07, 2007     DAL BON & WANG

By: _____
ADAM WANG
Attorneys for Plaintiff
ENRIQUE CASTILLO QUIROZ

DATED: August ___, 2007     PAYNE & FEARS LLP

By: _____
RICHARD S. FALCONE
STEPHEN K. ROBINSON
Attorneys for Defendants
PHOENIX THREE RESTAURANTS, INC. and
BRIAN LEWIS

**IT IS SO ORDERED.**
DATED: 9/12/07

By: *Ronald M. Whyte*
Ronald M. Whyte
U.S. District Judge

367366.1

STIPULATION AND [PROPOSED] ORDER REGARDING
MEDIATION DEADLINE     Case No. C07 01592 RMW PVT

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860