ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619

Attorneys for Plaintiff

Payne & Fears LLP
Richard Falcone
One Embarcadero Center
Suite 2300
San Francisco, CA 94111
Tel: 415-398-7860
Fax: 415-398-7863

*E-FILED - 2/28/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE CASTILLO QUIROZ,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX THREE RESTAURANTS INC., BRIAN LEWIS, and DOES 1-10,<br><br>Defendants. | Case No.: C07 01592 RMW PVT<br><br>STIPULATION TO DISMISS WITH PREJUDICE *and Order* |

Plaintiff and defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement to disputes with respect to the claims of the plaintiff Enrique Castillo Quiroz against defendants Phoenix Three Restaurants Inc., and Brian Lewis.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

1            C07-01592 RMW PVT

STIPULATION TO DISMISS
Quiroz v. Phoenix Three Restaurants Inc., et al.

|   |   |   |
|---|---|---|
| | | RESPECTFULLY SUBMITTED, |
| Dated: February 28, 2008 | By: | /s/ ADAM WANG |
| | | Adam Wang<br>Attorney for Plaintiff |

Dated: February 28, 2008

By:   /s/ Richard Falcone  
Richard Falcone  
Attorney for Defendants

_____
[] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: February 28, 2008

_____
Ronald M. Whyte
United States District Judge

STIPULATION TO DISMISS
Quiroz v. Phoenix Three Restaurants Inc., et al.